# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1620EA

_____

| | | |
|---|---|---|
| Arkansas ACORN Fair Housing, Inc., | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Bailey Corporation, doing business as | * | |
| The Waterford Apartments, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: September 24, 1998
Filed: September 30, 1998

_____

Before McMILLIAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Arkansas Acorn Fair Housing, Inc. appeals an adverse grant of summary judgment on its Fair Housing Act claim that the Bailey Corporation's rental agents misrepresented available housing information in violation of 42 U.S.C. § 3604(a) (1994). Having reviewed the record and the parties' submissions, we conclude that an extended discussion is not warranted. We see no error by the district court and affirm the judgment substantially for the reasons stated in the district court's memorandum opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.